IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD JARRETT**  **PLAINTIFF**
ADC #098934

v.  No. 5:14-cv-356-DPM-JTK

**RAY HOBBS**
Director, Arkansas Department of
Correction; **WENDY KELLY**, Assistant
Director, ADC; **DALE REED**, Warden,
Quachita River Unit; **DARREN GOLDEN**,
Warden, Quachita River Unit;
**G. MUSSELLWHITE**, Warden,
Quachita River Unit  **DEFENDANTS**

## ORDER

I recuse because Hobbs's attorney, Kathryn Elizabeth Henry, has served as my law clerk. The Clerk shall reassign this case at random by chip exchange.

_____
D.P. Marshall Jr.
United States District Judge

2 October 2014