IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD JARRETT**                                                                                                    **PETITIONER**

v.                                    **CASE NO. 5:14CV00356 BSM**

**RAY HOBBS, et al.**                                                                                                **RESPONDENTS**

## JUDGMENT

Consistent with the order entered this day, the petition is dismissed without prejudice.

IT IS SO ORDERED this 24th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE